STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-376 consolidated with 09-374 & 09-375


TYLAN A. MEAUX, ET AL.

VERSUS

LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20073298 C/W 20065173 C/W 20065746
HONORABLE DURWOOD W. CONQUE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.


REVERSED AND REMANDED.



L. Katherine A. Theunissen
Mahtook & Lafleur
P. O. Box 3089
Lafayette, LA 70502
Counsel for Defendant/Appellant:
    Lafayette Consolidated Government

Don J. Hernandez
Christopher Siegrist
P. O. Box 24
Franklin, LA 70538
Counsel for Plaintiff/Appellant:
    Louis Robinson, Jr.

**Edward B. Jones**
**Edward B. Jones & Associates**
**P. O. Drawer 1807**
**Patterson, LA 70392**
**Counsel for Plaintiff/Appellant:**
       **Louis Robinson, Jr.**

**James Alan Harrell**
**Heather S. Duplantis**
**Karen Blakemore**
**Phelps Dunbar**
**P. O. Box 4412**
**Baton Rouge, LA 70821-4412**
**Counsel for Intervenor/Appellant:**
       **Lafayette Specialty Hospital, LLC**

**Thomas R. Hightower Jr.**
**Patrick Wade Kee**
**Michael S. Harper**
**Attorneys at Law**
**P. O. Drawer 51288**
**Lafayette, LA 70505**
**Counsel for Defendant/Appellee:**
       **Lil D's Bar-B-Que, LLC**

**PICKETT, JUDGE.**

For the reasons set forth this day in the consolidated case, *Robinson v. Meaux*, 09-374 (La.App. 3 Cir. 11/__/09), __ So.3d ___, the summary judgment in favor of Lil D's Bar-B-Que, LLC, is reversed and the case is remanded for further proceedings.

**REVERSED AND REMANDED.**

1